# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1057

_____

United States of America,               *
                                        *
            Appellee,                   *
                                        *   Appeal from the United States
    v.                                  *   District Court for the Western
                                        *   District of Missouri.
Derrick D. Jones,                       *
                                        *   [UNPUBLISHED]
            Appellant.                  *

_____

Submitted: December 28, 2006
Filed: January 8, 2007

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

Derrick Jones appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) sentence-reduction motion. Having carefully reviewed the record, we find that Jones is not entitled to a sentence reduction based on any subsequent lowering of the sentencing range by the Sentencing Commission. *See* 18 U.S.C. § 3582(c)(2).

Accordingly, we affirm, *see* 8th Cir. R. 47B, and we deny Jones's appellate motion.

_____

[1]The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.